**No. 09-448. Bridget Hardt, Petitioner v. Reliance Standard Life Insurance Company.**

559 U.S. 1060, 130 S. Ct. 2088, 176 L. Ed. 2d 580, 2010 U.S. LEXIS 3117.

April 16, 2010. Motion of the Solicitor General for leave to participate in oral

argument as amicus curiae and for divided argument granted.